UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TERENCE LEWIS,

                              **Plaintiff,**                      **19-CV-7765 (VSB)(SN)**

             -against-                                                 **ORDER**

SAKS & COMPANY LLC, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 13, 2021, the Honorable Vernon S. Broderick referred this matter to my docket for general pretrial supervision and for resolution of the parties' discovery disputes as outlined in their April 12, 2021 letter. See ECF Nos. 49, 50. Accordingly, a discovery conference is scheduled for Monday, April 19, 2021, at 3:00 p.m. At the scheduled time, the parties shall dial the Court's teleconferencing line at (877) 402-9757 and enter access code 7938632, followed by the pound (#) sign.

**SO ORDERED.**

                                                                   _____
                                                                    SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:       April 14, 2021
                 New York, New York