```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TERENCE LEWIS,                                              :
                                                            :
                        Plaintiff,                          :
                                                            :         19-CV-7765 (VSB)
        -against-                                           :
                                                            :              ORDER
SAKS & COMPANY LLC et al.,                                  :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

This case is currently scheduled for a post-discovery conference on May 28, 2021. (Doc. 48.) On May 4, 2021, Magistrate Judge Sarah Netburn extended the period for the parties to complete discovery, with fact discovery to conclude on June 17, 2021 and expert discovery to conclude on August 18, 2021. (Doc. 56.) Accordingly, it is hereby:

ORDERED that the post-discovery conference currently scheduled for May 28, 2021 is ADJOURNED until August 26, 2021 at 2:00 p.m. The call-in number is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: May 4, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2021