```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
TERENCE LEWIS,                                             :
                                                           :
                                Plaintiff,                 :
                                                           :          19-CV-7765 (VSB)
                -against-                                  :
                                                           :              ORDER
SAKS & COMPANY LLC et al.,                                 :
                                                           :
                                Defendants.                :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the order issued by Magistrate Judge Sarah Netburn extending the parties' expert discovery deadline until October 1, 2021. (Doc. 66.) The post-discovery conference in this case is currently scheduled for August 26, 2021 at 2 PM. (Doc. 57.) Accordingly, it is hereby:

ORDERED that the post-discovery conference currently scheduled for August 26, 2021 is ADJOURNED.

IT IS FURTHER ORDERED that the parties are directed to submit a joint letter on or before October 1, 2021, indicating the status of discovery and potential dates for a post-discovery conference.

SO ORDERED.

Dated:   July 20, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge