```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TERENCE LEWIS,

                               **Plaintiff,**                             19-CV-07765 (VSB) (SN)

          -against-                                             **ORDER**

SAKS & COMPANY LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On August 19, 2021, the parties reported that they had reached a resolution in this case and are in the process of memorializing their agreement. Accordingly, all deadlines in this case are STAYED until October 1, 2021. On September 27, 2021, the parties shall file a joint letter indicating the status of their settlement discussions.

       The Clerk of Court is respectfully directed to grant the motion at ECF No. 68.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 23, 2021
              New York, New York